No. 04–5939. CRAMER *v.* ENGLERT ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–5948. KELLY *v.* NORTEL NETWORKS CORP. C. A. 1st Cir. Certiorari denied.

No. 04–5951. NEWMAN *v.* ROWLEY, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–5999. LITTLEJOHN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–6019. GADDIE *v.* COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04–6020. HARRIS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 04–6021. GRAY *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6061. COLLINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–6067. NEWTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–6068. CARTER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–6069. JONES *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–6081. POTTER *v.* CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–6085. BROWN *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6122. CLEM ET AL. *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.